

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00290-CV

**IN RE OUTREACH HEALTH CARE, INC.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Karen Angelini, Justice
                    Sandee Bryan Marion, Justice
                    Patricia O. Alvarez, Justice

Delivered and Filed:  May 7, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On April 28, 2014, relator Outreach Health Care, Inc. filed a petition for writ of mandamus and a motion for temporary relief. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for temporary relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-CI-20411, styled *Ruben Vasquez, Individually and as Administrator of the Estate of Ruben Vasquez Jr., Deceased and Oralia Vasquez, Joe Jimenez and Rosa Ward v. San Antonio Extended Medical Care, Inc. d/b/a MedMart, et al.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. and the Honorable Barbara Nellermoe, presiding.